---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____Central_____    District of ___MA_____
                                    (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Invountary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☐ Chapter 7
   x   Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**    _____Gotspace Equity Fund 1, LLC_____ _____

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   _____-_____ ___
   _____
   _____

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ x

   __ _86_ – _1315376_ __ __ __ __
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | _268 Newbury Street_____<br>Number    Street | _____<br>Number    Street |
   | _____ | _____<br>P.O. Box |
   | _____Boston_____ __MA_ _02116<br>City    State    ZIP Code | _____  _____  _____<br>City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | ____ Suffolk _____ County | _____<br>Number    Street |
   | | _____ |
   | | _____  _____  _____<br>City    State    ZIP Code |

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 1

Debtor _____     Case number (*if known*)_____
          Name

6. **Debtor's website** (URL) _____

7. **Type of debtor**
   - ☐ x  Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - Other type of debtor. Specify: _____

8. **Type of debtor's business**

   *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ x  None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☐ x  No
   - ☐ Yes. Debtor _____    Relationship _____
     District _____  Date filed _____  Case number, if known _____
                                              MM / DD / YYYY

     Debtor _____    Relationship _____
     District _____  Date filed _____  Case number, if known _____
                                              MM / DD / YYYY

**Part 3:    Report About the Case**

10. **Venue**

    *Check one:*
    - ☐ x  Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*

    - ☐ x  The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☐ x  No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Official Form 205                  Involuntary Petition Against a Non-Individual                  page 2

Debtor _____   Case number *(if known)*_____
       Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Gotspace Beverly, LLC | debt | $ 2,250,000 |
| | Gotspace Gloucester, LLC | | $2,250,000 |
| | Fiorillo Family Revocable Trust | | $ 50,000,000 |
| | Gotspace Management, LLC | debt | $ 4,500,000 |
| | | Total of petitioners' claims | $ 59,000,000 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:   Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner** | Neil Kreuzer |
| Fiorillo Family Revocable Trust | Printed name |
| Name | |
| | Law Office of Neil Kreuzer |
| 3 Kales Way | Firm name, if any |
| Number   Street | |
| | 268 Newbury St., 4th Floor |
| Harwich Port,   MA   02646 | Number   Street |
| City   State   ZIP Code | |
| | Boston   MA   02116 |
| **Name and mailing address of petitioner's representative, if any** | City   State   ZIP Code |
| Nicholas Fiorillo, manager | |
| Name | Contact phone  (617) 872-5347   Email  nkreuzer@aol.com |
| 3 Kales Way | Bar number |
| Number   Street | 630976 |
| | State   MA |
| Harwich Port   MA   02646 | |
| City   State   ZIP Code | |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| Executed on  3/13/23 | X  /s/ Neil Kreuzer |
|   MM / DD / YYYY | Signature of attorney |
| X [signature] | Date signed  3/13/23 |
| Signature of petitioner or representative, including representative's title | MM / DD / YYYY |

Official Form 205   Involuntary Petition Against a Non-Individual   page 3

Debtor _____   Case number (if known)_____
            Name

---

**Name and mailing address of petitioner**
Gotspace Beverly, LLC; Gotspace Gloucester, LLC; Gotspace Management, LLC
Name

268 Newbury Street, 4th Floor
Number   Street

Boston                         MA            02116
City              State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Nicholas Fiorillo
Name

3 Kales Way
Number   Street

Harwich Port              MA            02646
City              State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/13/23

✗ _/s/ Nicholas Fiorillo_____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City _____ State ____ ZIP Code ___

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name

Number   Street

City              State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City              State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
              MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number   Street _____

City _____ State ____ ZIP Code ___

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
              MM / DD / YYYY

---