UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Gotspace Equity Fund 1, LLC ,<br>            Debtor | Chapter: 11<br>Case No: 23−10367<br>Judge Christopher J. Panos |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under Title 11 of the United States Code was filed against you on **MARCH 14, 2023** in the U.S. Bankruptcy Court for the District of Massachusetts requesting an order for relief under chapter 11 of the Bankruptcy Code.

**YOU ARE SUMMONED** and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of Clerk:

U. S. Bankruptcy Court
J.W. McCormack Post Office & Court House
5 Post Office Square, Suite 1150
Boston, MA 02109−3945

**At the same time,** you must also serve a copy of the motion or answer upon the petitioners' attorney.

Name and Address of Petitioners' Attorney:

Neil Kreuzer
268 Newbury St.
4th FL
Boston, MA 02116

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Date:3/14/23

Mary P. Sharon
Clerk, U.S. Bankruptcy Court
By the Court,



Alberto Barrera
Deputy Clerk
(508) 770− 8932

Chapter 11
Case Number: 23–10367
Judge Christopher J. Panos

## CERTIFICATE OF SERVICE

I, _____(name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____(name), the debtor in this case, by [*describe the mode of service and the address at which the debtor was served*]:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____                                    _____
        Date                                                                   Signature

_____
Print Name
_____
Business Address
_____
City                      State              Zip