**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(Eastern Division)**

|  |  |
|---|---|
| In re:<br><br>GOTSPACE EQUITY FUND I, LLC<br><br>            Debtor. | )<br>)<br>)   Chapter 11<br>)<br>)   Case No. 23-10367-CJP<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL

Pursuant to MLBR 9010-3(a), the undersigned, David J. Reier, hereby withdraws his appearance in this case. In support hereof, it is hereby represented as follows:

1. Attorney Adam Ruttenberg has filed an appearance in his stead on behalf of their client, Raymond C. Green Trust;

2. There are no motions presently pending before the Court as to which the Raymond C. Green Trust is a party;

3. No trial date has been set; and

4. No hearings or conferences have scheduled as to which the Raymond C. Green Trust is a party.

                                              Respectfully submitted,

                                              */s/ David J. Reier*
                                              David J. Reier, BBO #546202
                                              ArentFox Schiff LLP
                                              Prudential Tower
                                              800 Boylston Street, 32nd Floor
                                              Boston, MA 02199-8161
                                              617-973-6145
                                              Email: david.reier@afslaw.com

Dated: April 21, 2023

AFDOCS:27338040.1

## **CERTIFICATE OF SERVICE**

      IT IS CERTIFIED that the foregoing document was filed this 21st day of April 2023, through the ECF filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and by emailing a copy hereof to the Raymond C. Green Trust, at ray@raygreen.com.

                                                   */s/ David J. Reier*
                                                   David J. Reier