UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| GOTSPACE EQUITY FUND 1, LLC | : | Chapter 11 |
| | : | |
| Alleged Debtor | : | Case No. 23-10367-CJP |
| | : | |

**LIMITED OBJECTION TO**
**EMERGENCY MOTION TO CONTINUE HEARING AND EXTEND FILING DATE**

S&J Bros Storage, LLC (the "Manager"), as sole manager and part owner of the Alleged Debtor, Gotspace Equity Fund 1, LLC, by and through its undersigned counsel, files a limited objection to the Emergency Motion to continue Hearing and Extend Filing Date, dated May 5, 2023 (the "Emergency Motion") [Docket. No. 12], filed by counsel to Gotspace Management LLC, and purported counsel to Gotspace Beverly LLC and Gotspace Gloucester LLC.

1. An involuntary petition under Chapter 11 of the United States Bankruptcy Code was filed on March 13, 2023. (Docket No. 1)

2. On April 4, 2023, the Manager filed a Motion to Dismiss the Involuntary Petition (Docket No. 4), a Memorandum of Law in Support of the Motion to Dismiss (Docket No. 5), the Affidavit of Stephen Quillinan (Docket No. 6), and Declaration of Electronic Filing (Docket No. 7) (collectively the "Motion to Dismiss").

3. On April 21, 2023, the Bankruptcy Court, set May 8, 2023 as the deadline to file all written response to the Motion to Dismiss (the "Objection Deadline"), and scheduled a hearing for May 11, 2023, at 3:30 pm. (Docket No. 8).

1

4. Three days prior to the Objection Deadline counsel to Gotspace Management LLC, and purported counsel to Gotspace Beverly LLC and Gotspace Gloucester LLC filed the Emergency Motion.

5. On May 5, 2023, the Bankruptcy Court extended the deadline to file a response to the Emergency Motion to May 8, 2023, and extended the deadline to a response to the Motion to Dismiss to May 10, 2023. (Docket No. 13).

6. There are no facts that support the Involuntary Petition. There is no law that supports the Involuntary Petition. Eight weeks have passed since the Involuntary Petition as filed. Almost five weeks have passed since the Motion to Dismiss was filed. The Manager moves the Bankruptcy Court to proceed with the hearing on the Motion to Dismiss on May 11, 2023, at 3:30 pm.

7. In the alternative, based on the absence of any facts or law that support the Involuntary Petition, following the Objection Deadline, the Manager moves the Bankruptcy Court to enter a judgment on the pleadings, and suspend the May 11, 2023 hearing.

8 In the second alternative, if the Bankruptcy Court does not enter a judgment on the pleadings and decides to continue the May 11, 2023, hearing, the Manager moves the Court to schedule such hearing for June 7, 2023 at 10:30 am, when the Bankruptcy Court will consider a Motion to Convert from Chapter 7 to Chapter 11 By A Debtor in <u>In re Gotsapce Date Equity Fund</u>, Case No. 22-1044-CJP (Docket No. 139), which involves many of the same parties and counsel that are involved in the above-captioned bankruptcy case.

9. As set forth in the Motion to Dismiss, Neil Kreuzer, Esq., does not represent Gotsapce Beverly LLC and Gotspace Gloucester LLC, and therefore does not have the authority to file the Emergency Motion on their behalf.

1349518.1

WHEREFORE, S&J Bros Storage, LLC, as manager and part owner of Gotspace Equity Fund 1, LLC, moves the Bankruptcy Court to enter an order (i) denying the request to reschedule the May 11, 2023 hearing on the Motion to Dismiss, (ii) enter a judgment on the pleadings, and suspend the May 11, 2023 hearing, or (iii) if necessary, reschedule the May 11, 2023 hearing to June 7, 2023 at 10:30 am.

        S&J BROS STORAGE, LLC,
        as Manager and Part Owner of
        GOTSPACE EQUITY FUND 1, LLC

By:   /s/ Sean W. Gilligan_____
      Sean W. Gilligan, Esq. BBO 650374
      Gesmer Updegrove LLP
      40 Broad Street
      Boston, Massachusetts 02109
      Phone: (617) 350-6800
      Fax: (617) 350-6878
      email: sean.gilligan@gesmer.com
      Dated: May 8, 2023

1349518.1

CERTIFICATE OF SERVICE

    I certify that on April 8, 2023, a true and correct copy of the foregoing Limited Objection to Emergency Motion to Continue Hearing and Extend Filing Date, was served by regular mail, postage pre-paid, and by CM/ECF upon the parties listed in Schedule 1, attached hereto.

    Respectfully submitted,

By:    /s/ Sean W. Gilligan_____
    Sean W. Gilligan, Esq. BBO 650374
    Gesmer Updegrove LLP
    40 Broad Street
    Boston, Massachusetts 02109
    Phone: (617) 350-6800
    Fax: (617) 350-6878
    email: sean.gilligan@gesmer.com
    Dated: May 8, 2023

1349518.1

# SCHEDULE 1

By Regular Mail
Gotspace Management, LLC
3 Kales Way
Harwichport, Massachusetts 02646
Attn: Nicholas Fiorillo

Gotspace Beverly, LLC
3 Kales Way
Harwichport, Massachusetts 02646
Attn: Nicholas Fiorillo

Gotspace Gloucester, LLC
3 Kales Way
Harwichport, Massachusetts 02646
Attn: Nicholas Fiorillo

Fiorillo Family Revocable Trust
3 Kales Way
Harwichport, Massachusetts 02646
Attn: Nicholas Fiorillo

Neil Kreuzer, Esq.
Law Office of Neil Kreuzer
268 Newbury Street, 4th Floor
Boston, Massachusetts 02116

By CM/ECF
Petitioning Creditors
Neil Kreuzer, Esq.
nkreuzer@aol.com

Office of the US Trustee
Eric K. Bradford, Esq.
rrik.k.bradford@usdoj.gov

Raymond C. Green Trust
Adam J. Ruttenberg, Esq.
aruttenberg@beaconlawgroup.com

1349518.1